# EXHIBIT A

IN THE SUPERIOR COURT FOR THE
STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE COUNTY

STATE OF RHODE ISLAND

V. IND. NO. P1/2000- 2232A & B

MARCOS RODRIGUEZ, alias John Doe (A)
EDWARD POZO, alias John Doe (B)

The Grand Jury of the State of Rhode Island and Providence Plantations charges:

That MARCOS RODRIGUEZ, alias John Doe and EDWARD POZO, alias John Doe, both of Providence County, on or about the 23rd day of May, 1999, at Providence, in the County of Providence, did with intent to extort money or other valuable consideration, without lawful authority kidnap Ricardo Gomez , in violation of section 11-26-2 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1994).

COUNT 2

That MARCOS RODRIGUEZ, alias John Doe and EDWARD POZO, alias John Doe, both of Providence County, on or about the 23rd day of May, 1999, at Providence, in the County of Providence, did agree, combine, confederate, contrive or conspire to commit the crime of kidnapping, in violation of sections 11-1-6 and 11-26-2 of the General Laws of Rhode Island, 1956, as amended (Reenactment of 1994).

Special Assistant Attorney General
Craig Montecalvo