UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MARCOS RODRIGUEZ

vs. CA 08-112ML

DAVID McCAULEY, Warden
STATE OF RHODE ISLAND and
ATTORNEY GENERAL OF THE STATE
OF RHODE ISLAND

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2241 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **April 25, 2008.**

SO ORDERED

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
March 26 ,2008

Entered as an Order of this Court on March 27 , 2008.

Barbara Barletta
Deputy Clerk