(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

MARCOS RODRIGUEZ
Plaintiff(s)

v. DAVID McCAULEY, WARDEN AND The State of Rhode Island
Defendant(s)

Dkt. No. CA 08 112 (ML)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ MARCOS RODRIGUEZ hereby moves that RAYMOND S. SUSSMAN be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Raymond S. Sussman
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Edward J. McE
Signature of Local Counsel

E.J. TERRY McEnaney
Print Name

454 BROADWAY
Firm and Business Address
PROVIDENCE, Rhode Island
02909

RI Bar ID # 3275

Email: ATTYMCENANEY @ AOL.com

Tel. # (401) 751-3900

Fax # (401) 751-8983

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date