EXHIBIT A.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MARCOS RODRIGUEZ

v. CA 07-329 ML

DAVID MCCAULEY and
STATE OF RHODE ISLAND

ORDER

Before the Court is the Motion to Dismiss filed by the State of Rhode Island. Neither Petitioner nor his attorney, who filed the Petition on his behalf, have filed a response.

Accordingly, the Court treats the Motion as being unopposed. The Motion is therefore GRANTED. Since Respondent McCauley was named in his official capacity only, the dismissal of the State of Rhode Island applies with equal force to him.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 18, 2007