EXHIBIT B.


# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**MARCOS RODRIGUEZ**

**VS.** **C.A. NO. 07-329ML**

**DAVID MCCAULEY and**
**STATE OF RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, David McCauley and State of Rhode Island, against the plaintiff, Marcos Rodrigiez, pursuant to the Order dated October 18, 2007 GRANTING defendants' Motion to Dismiss.**

Enter:

Barbara Barletta
Deputy Clerk

DATED: October 18, 2007