# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARCO RODRIGUEZ

**v.** **C.A. NO: 08-112ML**

**DAVID McCAULEY, in his official capacity as Warden and STATE OF RHODE ISLAND**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered for the defendants, David McCauley and the State of Rhode Island, against the Plaintiff, Marco Rodriguez, pursuant to the Memorandum and Order dated August 6, 2008 accepting the Report and Recommendation of Magistrate Judge Lincoln D. Almond dated June 13, 2008 pursuant to Title 28 U.S.C. § 636(b)(1). The defendants' Motion to Dismiss is hereby GRANTED and the plaintiff's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is DISMISSED.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: August 6, 2008**