**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

MARCOS RODRIGUEZ
Petitioner

DOCKET NO: C.A. 08-112ML

--against--

DAVID MCCAULEY, WARDEN
STATE OF RHODE ISLAND,
Respondents

# NOTICE OF APPEAL

**COMES NOW THE PETITIONER**, Marcos Rodriguez, by his attorney who submits this Notice of Appeal of the Order of the Court dated August 6, 2008, by the Honorable Mary M. Lisi, United States District Court Judge, dismissing the pending petition filed under 28 U.S.C. 2241. The appeal is taken to the United States Court of Appeals for the First Circuit located in Boston, Massachusetts.

Respectfully submitted,

Raymond S. Sussman
Attorney for Petitioner
Pro Hac Vice
4523 Avenue H
Brooklyn, New York 11234-1409
Tel: (718) 338-3302
Fax: (347) 438-3338
E-Mail: RaymondSussman@aol.com